# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ANN M. DECORREVONT,
Plaintiff,

vs.

NANCY A. BERRYHILL
Defendant.

Case No. 1:17-cv-0683
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (Doc. 14). The parties have stipulated and petitioned the Court to award attorney fees in the amount of $3,237.50 and costs in the amount of $400.00 in full satisfaction and settlement of any and all claims plaintiff may have under the EAJA in this case. The parties have stipulated that the award will satisfy all of plaintiff's claims for fees, costs and expenses under 28 U.S.C. § 2412 in this case.

The parties acknowledge that any fees and expenses paid belong to plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that plaintiff owes the United States under *Astrue v. Ratliff,* 560 U.S. 586 (2010). The parties further stipulate that after the Court enters this award, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant agrees to direct that the award be made payable to plaintiff's attorney pursuant to an EAJA assignment duly signed by plaintiff.

**IT IS THEREFORE ORDERED THAT** the parties' joint stipulation for an award of attorney fees (Doc. 14) be **GRANTED** and that plaintiff be awarded attorney fees and costs in the amount of $3,637.50.

Date: 4/16/18

Karen L. Litkovitz
United States Magistrate Judge